**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
**MATTHEW T. NORMAN, ESQ., SBN 351413**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com
Email: MNorman@LawyersFTP.com

Attorneys for Plaintiffs

MICHAEL A. SLATER (SBN 318899)
**THE SLATER LAW FIRM, APC**
1900 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Email: mslater@theslaterlawfirmapc.com
Tel: (818) 697-3051

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY OVERFIELD, an individual; A.O., a minor, by and through his Guardian ad Litem, SYMBRIA OVERFIELD; B.O., a minor, by and through his Guardian ad Litem, SYMBRIA OVERFIELD,<br><br>            Plaintiffs,<br><br>    v.<br><br>WELLPATH COMMUNITY CARE, LLC, a corporation; COUNTY OF EL DORADO, a municipal corporation; and DOES 1-50, inclusive.<br><br>            Defendants. | Case No.: 2:24-cv-00199-TLN-AC<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>**Date: April 4, 2024**<br>**Time: 2:00 p.m.**<br>**Ctrm: 2, 15th floor**<br>**Judge. Hon. Troy L. Nunley** |

/ / /

/ / /

/ / /

/ / /

## **ORDER**

Pursuant to the Motion for Appointment of Guardian Ad Litem of Petitioner Symbria Overfield, IT IS HEREBY ORDERED that Symbria Overfield is appointed Guardian Ad Litem for Plaintiffs A.O. and B.O. in the above-captioned lawsuit

**IT IS SO ORDERED.**

Dated: February 26, 2024

Troy L. Nunley
United States District Judge