

United States District Court
Eastern District of California

| LESLIE OVERFIELD, et al. | Case Number: 2:24-cv-00199-TLN-AC |
|---|---|
| Plaintiff(s) | |
| V. | |
| WELLPATH, LLC, et al. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Allison J. Becker hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Wellpath, LLC; California Forensic Medical Group, Inc.

On December 10, 2010 (date), I was admitted to practice and presently in good standing in the North Carolina State Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
See Attachment 1

Date: March 15, 2024     Signature of Applicant: /s/ Allison J. Becker

Applicant's Name: Allison J. Becker
Law Firm Name: Gordon Rees Scully Mansukhani, LLP
Address: 150 Fayetteville St. Suite 1120
City: Raleigh  State: NC  Zip: 27601
Phone Number w/Area Code: (919) 787-4555
City and State of Residence: Raleigh, North Carolina
Primary E-mail Address: abecker@grsm.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Lindsey M. Romano
Law Firm Name: Gordon Rees Scully Mansukhani, LLP
Address: 275 Battery Street, Suite 2000
City: San Francisco  State: CA  Zip: 94111
Phone Number w/Area Code: (415) 875-4126
Bar #: 337600

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 15, 2024

_____
JUDGE, U.S. DISTRICT COURT