

United States District Court
Eastern District of California

| Leslie Overfield, et. al. |
| --- |

Plaintiff(s)

Case Number: | 2:24-cv-00199-TLN-AC |
| --- |

V.

| Wellpath Community Care, LLC, et. al. |
| --- |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Elizabeth B. McGowan _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Wellpath, LLC; California Forensic Medical Group, Inc.

On _____ 08/31/2023 _____ (date), I was admitted to practice and presently in good standing in the

_____ North Carolina State Bar _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

John Adena, et. al. v. Shasta County, et. al.; 2:21-cv-00770-MCE-DMC - Granted April 16, 2024

Jordan Deppe, et. al. v. Shasta County, et. al.; 2-22-cv-00187-DAD-JDP - Granted April 16, 2024

Date: _____ 07/22/2024 _____          Signature of Applicant: /s/ Elizabeth B. McGowan _____

**Pro Hac Vice Attorney**

Applicant's Name:               Elizabeth B. McGowan

Law Firm Name:                 Gordon Rees Scully Mansukhani, LLP

Address:                        150 Fayetteville Street; Suite 1120


City:      Raleigh              State:   NC     Zip:   27601

Phone Number w/Area Code:   (919) 787-4555

City and State of Residence:    Raleigh, North Carolina

Primary E-mail Address:         emcgowan@grsm.com

Secondary E-mail Address:


I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:           Lindsey M. Romano

Law Firm Name:                 Gordon Rees Scully Mansukhani, LLP

Address:                        315 Pacific Avenue


City:      San Francisco        State:   CA     Zip:   94111

Phone Number w/Area Code:   (415) 875-4126        Bar #    337600


## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:    July 22, 2024                 _____
                                        JUDGE, U.S. DISTRICT COURT