**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY OVERFIELD, et al.<br><br>Plaintiff,<br><br>v.<br><br>WELLPATH, LLC., et al.<br><br>Defendants. | Case: 2:24-cv-00199-TLN-AC<br><br>**STIPULATION AND ORDER TO GRANT PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on January 16, 2024, Plaintiffs filed their initial Complaint in this matter. (ECF No. 1).

WHEREAS, on February 23, 2024, Plaintiffs filed their First Amended Complaint, which is currently the operative complaint in this matter. (ECF No. 14).

WHEREAS, there is currently a pending motion to dismiss Plaintiffs' First Amended Complaint in front of this Court that has been submitted without oral argument. (ECF No. 26).

WHEREAS, the Parties have been engaged in written discovery and document production in recent months, through which Plaintiffs have ascertained the names of the individual employees of Defendants Wellpath and County of El Dorado who are necessary parties in this matter and were previously identified as Doe Defendants.

WHEREAS, Plaintiffs have prepared a Second Amended Complaint naming these individual defendants and adding additional facts that are relevant to the underlying causes of action. Plaintiffs' Counsel shared the redline draft of the Second Amended Complaint with the Defendants' Counsel on July 24, 2024.

WHEREAS, the Defendants have agreed to stipulate to Plaintiffs filing of their Second Amended Complaint, but by doing so do not admit to any of the new allegations and reserve the right to move to dismiss the Second Amended Complaint once it is filed;

WHEREAS, the Parties have agreed that all Defendants in this matter will have an additional thirty (30) days to file responsive pleadings to the Second Amended Complaint in addition to the twenty-one (21) days allowed under F.R.C.P. 12(a)(i).

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court grant Plaintiffs leave to file the Second Amended Complaint and grant the Defendants an extension of time through September 23, 2024, to respond to the Second Amended Complaint.

//
//
//
//
//
//
//

IT IS SO AGREED.

Dated: August 1, 2024         /s/ Ty Clarke
                              Ty Clarke
                              Attorney for Plaintiffs

Dated: August 1, 2024         /s/ Derick Konz
                              Derick Konz
                              Attorney for Defendant County of El Dorado

Dated: August 1, 2024         /s/ Allison Becker
                              Allison Becker
                              Attorney for Defendant Wellpath, LLC

**IT IS SO ORDERED.**

**DATE: August 2, 2024**

_____
Troy L. Nunley
United States District Judge