1  **ADANTÉ D. POINTER, ESQ., SBN 236229**
   **PATRICK M. BUELNA, ESQ., SBN 317043**
2  **TY CLARKE, ESQ., SBN 339198**
   POINTER & BUELNA, LLP
3  LAWYERS FOR THE PEOPLE
   155 Filbert St., Suite 208,
4  Oakland, CA 94607
   Tel: 510-929-5400
5  Website: www.LawyersFTP.com
6  Email: APointer@LawyersFTP.com
   Email: PBuelna@LawyersFTP.com
7  Email: TClarke@LawyersFTP.com

8  Attorneys for Plaintiff

9  UNITED STATES DISTRICT COURT

10  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  LESLEY OVERFIELD, et al.           )   Case: 2:24-cv-00199-TLN-AC
                                       )
13              Plaintiff,             )
                                       )   **STIPULATION AND ORDER**
14  v.                                 )   **TO LIFT STAY**
                                       )
15  CALIFORNIA FORENSIC MEDICAL        )
         GROUP, INC.; et al.           )
16                                     )
              Defendants.              )
17  _____

18
    IT IS HEREBY STIPULATAED, and respectfully requested, by and between Plaintiffs
19
    and (hereinafter, "the parties"), by and through their designated counsel, that:
20
    WHEREAS, on November 15, 2024, the above-captioned litigation was stayed as a
21
    result of the bankruptcy proceedings *In re Wellpath Holdings, Inc.*, Case No. 24-90533 (ARP).
22
    (ECF No. 55).
23

24

25

26

WHEREAS, on May 7, 2025, and May 8, 2025, the respective automatic stays against Defendants California Forensic Medical Group, Inc. and Wellpath, LLC. were lifted. *In re Wellpath Holdings, Inc.,* Case No. 24-90533 (ARP) (ECF No. 2599).

WHEREAS, the parties STIPULATE TO and JOINTLY REQUEST that this Court lift the stay in the above-captioned litigation.

IT IS SO AGREED.

Dated: June 2, 2025         /s/ Ty Clarke
                            Ty Clarke
                            Attorney for Plaintiffs

Dated: June 2, 2025         /s/ Derick Konz
                            Derick Konz
                            Attorney for Defendants County of El Dorado, Matthew Foxworthy, and Stephen Kowalczyk

Dated: June 2, 2025         /s/ Elizabeth McGowan
                            Elizabeth McGowan
                            Attorney for Defendants CFMG, Abdurrahman Bilal, Emily Walker, and Darryl Lauffer

**IT IS SO ORDERED.**

DATED: June 2, 2025         _____
                            Troy L. Nunley
                            Chief United States District Judge