

# United States District Court
## Eastern District of California

| | |
|---|---|
| LESLIE OVERFIELD, et al., | Case Number: 2:24 cv 00199 TLN AC |
| Plaintiff(s) | |

V.

COUNTY OF EL DORADO, et al.,

APPLICATION FOR PRO HAC VICE
AND ~~PROPOSED~~ ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

**LAURA G. BROOK** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

CALIFORNIA FORENSIC MEDICAL GROUP; EMILY WALKER; DARYL LAUFFER; AND ABDURRAHMAN BILAL

On **10/12/2018** (date), I was admitted to practice and presently in good standing in the **Supreme Court of North Carolina** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have, ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Johnson v. County of Stanislaus ~ 2:26 cv 00865 ~ March 20, 2026 ~ Granted

Leeper v. County of Shasta ~ 2:25 cv 03581 ~ May 18, 2026 ~ Granted

Date: **May 29, 2026**     Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name:               LAURA G. BROOK

Law Firm Name:                 GORDON REES SCULLY MANSUKHANI, LLP

Address:                        One South

101 S. Tyson Street, Suite 2550

City: Charlotte                  State: NC        Zip: 28280

Phone Number w/Area Code:      (704) 625 8009

City and State of Residence:    Charlotte, NC

Primary E-mail Address:         lbrook@grsm.com

Secondary E-mail Address:       lauragbrook@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:          KENDRA N. STARK

Law Firm Name:                 GORDON REES SCULLY MANSUKHANI, LLP

Address:                        315 Pacific Ave.

City: San Francisco             State: CA        Zip: 94111

Phone Number w/Area Code:      (984) 242 1787        Bar # 363663

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 5, 2026

_____
JUDGE, U.S. DISTRICT COURT